UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                 Case No. 94-MISC-53

RENE F. GLOVER SETTLE-ROBINSON,

        Defendant,

AURORA HEALTH CARE,

        Garnishee-Defendant.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee-defendant has been duly issued and served upon the garnishee-defendant. Pursuant to the Writ of Garnishment, the garnishee-defendant, Aurora Health Care, filed an Answer on March 29, 2007, stating that the defendant is employed with Aurora Health Care, at the time of the service of the Writ, the garnishee-defendant had in its possession, custody or control, wages, income or other personal property belonging to and due the defendant.

The defendant remains indebted to the plaintiff in the sum of $119,890.53, plus interest, and the defendant has not requested a hearing to determine any exempt property.

ACCORDINGLY, IT IS ORDERED that the garnishee-defendant, through the representative of the garnishee-defendant, shall pay to plaintiff, on a semi-monthly basis, the lesser of a) 25% of defendant's disposable earnings or b) the amount by which defendant's disposable earnings exceed 30 times the federal minimum hourly wage. "Disposable earnings" are those earnings remaining after deductions of any amount required by law to be withheld, such as Social Security and withholding taxes.

These payments shall be made at the same time the employee is paid and shall continue until the debt to the plaintiff is paid in full or the garnishee-defendant no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

PAYMENTS SHALL BE MADE PAYABLE to the "Department of Justice," with the debtor's name (Rene F. Glover Settle-Robinson) and case number (94-MISC-53) on each draft, and sent to the United States Attorney's Office, 530 Federal Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin, Wisconsin 53202-4580.

IT IS FURTHER ORDERED that any amounts which the garnishee-defendant may be holding pursuant to the Writ of Garnishment shall immediately be turned over to the United States Attorney at the above address.

Dated at Milwaukee, Wisconsin this 7th day of August, 2007.

        s/ Rudolph T. Randa
        HON. RUDOLPH T. RANDA
        United States District Judge

2

Case 2:94-mc-00053-RTR   Filed 08/07/07   Page 2 of 2   Document 23